# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JOHN C. PEELER**                                                                   **PLAINTIFF**
*ADC #107832*

**v.**                   **CASE NO. 2:22-CV-00036-BSM-JTK**

**GARY KERSTEIN**, *et al.*                                               **DEFENDANTS**

## ORDER

Having carefully reviewed the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 6] is adopted. John Peeler's claims against Wellpath LLC, and his official capacity claims against Gary Kerstein and Gregory Rechcigl, are dismissed without prejudice for failure to state a claim on which relief may be granted.

IT IS SO ORDERED this 19th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE