# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

JOHN C. PEELER,                                                                                   PLAINTIFF
ADC #107832

v.                                      2:22CV00036-JTK

GARY KERSTEIN, et al.,                                             DEFENDANTS

## **ORDER**

Plaintiff John C. Peeler and Defendants Gary Kerstein and Gregory Rechcigl have filed a Joint Motion to Dismiss Plaintiff's claims with prejudice, as the parties have entered into a settlement agreement. (Doc. No. 29). The parties' Joint Motion (Doc. No. 29) is GRANTED. Plaintiff's claims are DISMISSED with prejudice, subject to the terms of the settlement agreement. This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 14th day of April, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE