IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN C. PEELER,                                                                             PLAINTIFF
ADC #107832

v.                                            2:22CV00036-JTK

GARY KERSTEIN, et al.,                                                                 DEFENDANTS

## JUDGMENT

Based on an Order entered this date, this action is dismissed with prejudice.

Dated this 14th day of April, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE